IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00856-PAB

PRECISION CONCRETE CUTTING, INC.,
a Utah corporation,

    Plaintiff,

v.

SIDEWALK SHAVERS, LLC,
a Colorado limited liability company, and
CONCRETE SIDEWALK SOLUTIONS, INC.,
a Colorado corporation doing business as Sidewalk Shavers of Colorado,

    Defendants.
_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

    This matter comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate. It is

    ORDERED:

    1.    That a hearing is set for **July 17, 2009 at 1:30 p.m.** in Courtroom A601 at the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel shall bring their calendars. This is not a scheduling conference. The parties should not submit a proposed scheduling order.

    2.    That prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

    •    Whether there are issues of claim construction.

- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing.  If so, what discovery is required.  (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether there are any other issues or impediments to the setting of a *Markman* hearing.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED May 19, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge