### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  1:09-cv-00856-PAB-KLM

PRECISION CONCRETE CUTTING, INC., a
Utah corporation,

        Plaintiff,
v.

CONCRETE SIDEWALK SOLUTIONS, INC.
D/B/A SIDEWALK SHAVERS OF
COLORADO, a Colorado corporation.

        Defendants.
_____

### ORDER SETTING *MARKMAN* HEARING SCHEDULE
_____

On July 17, 2009, this matter came before the Court for a conference pursuant to Fed. R. Civ. P. 16 to determine whether a hearing under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996), is required and to set a briefing schedule for claim construction.  In light of that hearing, it is

ORDERED:

That a *Markman* hearing will be conducted according to the following schedule:

    a.  The parties shall simultaneously exchange each party's list of claim terms needing to be construed by the Court on or before **December 4, 2009**.

    b.  The parties shall simultaneously exchange each party's "Preliminary Claim Construction" and identification of Section 112 ¶ 6 structure on or before **December 11, 2009**.

     c.  The parties shall exchange each party's preliminary identification of extrinsic evidence on or before **December 11, 2009**.

     d.  Plaintiff's Opening Brief on Claim Construction shall be submitted on or before **December 18, 2009**.

     e.  Defendant's Responsive Brief on Claim Construction shall be submitted on or before **January 22, 2010**.

     f.  Plaintiff's Reply Brief on Claim Construction shall be submitted on or before **February 19, 2010**.

     g.  A claim construction prehearing conference shall be held on **March 5, 2010**.

     h.  The *Markman* hearing is set for **April 22, 2010 at 9:00 a.m.** and is scheduled to last all day.  The parties agree that no live testimony will be presented at the *Markman* hearing, unless otherwise ordered by the Court.  Plaintiff will present its arguments first.

     DATED July 31, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge