IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00856-PAB-KLM

PRECISION CONCRETE CUTTING, INC.,

	Plaintiff,

v.

SIDEWALK SHAVERS, LLC, a Colorado Limited Liability Company, and
CONCRETE SIDEWALK SOLUTIONS, INC., a Colorado corporation d/b/a Sidewalk Shavers of Colorado,

	Defendant(s).
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

	This matter is before the Court on Workman Nydegger's **Unopposed Motion to Withdraw as Counsel Plaintiffs** (sic)[Docket No. 48; Filed December 15, 2009] (the "Motion").

	IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  James B. Belshe, Amber B. Leavitt, Seth W. Black, and Workman Nydegger are relieved of any further representation of Precision Concrete Cutting, Inc. in the above-captioned matter.  The Clerk is instructed to terminate these individuals and the law firm as attorneys of record, and to remove their names from the electronic certificate of mailing.

Dated:  December 15, 2009