IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00856-PAB-KLM

PRECISION CONCRETE CUTTING, INC.,

    Plaintiff,

v.

SIDEWALK SHAVERS, LLC, a Colorado Limited Liability Company, and
CONCRETE SIDEWALK SOLUTIONS, INC., a Colorado corporation d/b/a Sidewalk Shavers of Colorado,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on an **Unopposed Motion to Withdraw as Counsel for Plaintiff** [Docket No. 46; Filed December 15, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Nina Y. Wang, Natalie Hanlon-Leh, Katie R. Schwalb and Faegre & Benson, LLP are relieved of any further representation of Precision Concrete Cutting, Inc. in the above-captioned matter.  The Clerk is instructed to terminate these individuals and the law firm as attorneys of record, and to remove their names from the electronic certificate of mailing.

Dated:  December 17, 2009