IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00856-PAB-KLM

PRECISION CONCRETE CUTTING, INC.,

    Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC., a Colorado corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File Motion to Compel Compliance with Scheduling Order** [Docket No. 69; Filed April 9, 2010] (the "Motion").

    IT IS **ORDERED** that the Motion is **DENIED**.

    IT IS FURTHER **ORDERED** that pursuant to D.C.COLO.LCivR 16.6, the parties shall engage in mediation on or before **August 13, 2010**. If the parties are unable to agree on a time, date, location and/or mediator, the Court will enter an Order compelling mediation as determined by the Court.

Dated:  April 14, 2010