IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00856-PAB-KLM

PRECISION CONCRETE CUTTING, INC.,

    Plaintiff,

v.

CONCRETE SIDEWALK SOLUTIONS, INC., a Colorado corporation d/b/a Sidewalk Shavers of Colorado,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Motion to Withdraw as Counsel for Defendant** [Docket No. 75; Filed June 21, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Scott L. Terrell is relieved of any further representation of Concrete Sidewalk Solutions, Inc. in the above-captioned matter. The Clerk is instructed to terminate Scott L. Terrell as attorney of record, and to remove his name from the electronic certificate of mailing.

    IT IS FURTHER **ORDERED** that Defendant shall obtain new counsel, who shall enter his or her appearance on or before August 1, 2010. A corporation must be represented by counsel in this Court. *Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001). Failure to timely obtain counsel shall result in the imposition of sanctions, up to and including entry of judgment in Plaintiff's favor.

    IT IS FURTHER **ORDERED** Scott. L. Terrell shall send or deliver a copy of this Order to Defendant.


Dated: June 22, 2010